**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-41824-PSH |
| | § | |
| HIPOLIT WILCZEWSKI | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/17/2010. The undersigned trustee was appointed on 08/10/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                           $10,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $8.57 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1]                                                  $9,991.43

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/14/2011 and the deadline for filing government claims was 11/14/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/12/2013                              By:    /s/ Gus A. Paloian
                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 10-41824-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WILCZEWSKI, HIPOLIT | Date Filed (f) or Converted (c): | 09/17/2010 (f) |
| For the Period Ending: | 8/12/2013 | §341(a) Meeting Date: | 11/19/2010 |
| | | Claims Bar Date: | 11/14/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | SETTLEMENT FUNDS (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| Asset Notes: | FROM JP MORGAN CHASE, PURSUANT TO COURT ORDER DATED 12/13/11 | | | | | |
| 2 | Real Estate Located at 208 N. Louis, Mount Prospect, IL 60056 | $275,000.00 | $0.00 | | $0.00 | FA |
| 3 | Miscellaneous Household Goods and Used Furniture | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | Used books, compact discs family pictures | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Used Personal Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6 | 100% Shareholder of HW Construction, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 7 | 2006 Chevy Van 1500 | $8,000.00 | $0.00 | | $0.00 | FA |
| 8 | Used Tools | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$286,700.00    $10,000.00    $10,000.00    $0.00

**Major Activities affecting case closing:**

Trustee re-opened the case, per Court Order on 8/9/11, in order to administer an asset. The Trustee settled with JP Morgan, funds have been deposited into the account and the case is in the process of being closed. The Final Report is expected to be submitted to the U.S. Trustee's Office by August 31, 2013.

**Initial Projected Date Of Final Report (TFR):**   05/31/2012    **Current Projected Date Of Final Report (TFR):**   08/31/2013    /s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-41824-PSH | |
| **Case Name:** | WILCZEWSKI, HIPOLIT | |
| **Primary Taxpayer ID #:** | ****** | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/17/2010 | |
| **For Period Ending:** | 8/12/2013 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Checking Acct #:** | ******1849 |
| **Account Title:** | Associated Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/04/2012 | (1) | JP MORGAN CHASE | SETTLEMENT WITH JP MORGAN CHASE, PURSUANT TO COURT ORDER DATED 12/13/11 | 1249-000 | $10,000.00 | | $10,000.00 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $10,000.00 | $0.00 |
| | | | **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $10,000.00 | |
| | | | **Subtotal** | | $10,000.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $10,000.00 | $0.00 | |

**For the period of 9/17/2010 to 8/12/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,000.00 |

**For the entire history of the account between 01/01/1900 to 8/12/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,000.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-41824-PSH | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | WILCZEWSKI, HIPOLIT | | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ****** | | | Checking Acct #: | ******0099 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 9/17/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/12/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $10,000.00 | | $10,000.00 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $8.57 | $9,991.43 |
| 08/17/2012 | | East West Bank | Bank Service Fee | 2600-000 | | $70.18 | $9,921.25 |
| 09/10/2012 | | East West Bank | Reverse Bank Service Fee | 2600-000 | | ($70.18) | $9,991.43 |
| | | | TOTALS: | | $10,000.00 | $8.57 | $9,991.43 |
| | | | Less: Bank transfers/CDs | | $10,000.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $8.57 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $8.57 | |

| For the period of 9/17/2010 to 8/12/2013 | | For the entire history of the account between 02/22/2012 to 8/12/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10,000.00 | Total Internal/Transfer Receipts: | $10,000.00 |
| Total Compensable Disbursements: | $8.57 | Total Compensable Disbursements: | $8.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.57 | Total Comp/Non Comp Disbursements: | $8.57 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-41824-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WILCZEWSKI, HIPOLIT | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ****** | Checking Acct #: | ******0099 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/17/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/12/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $10,000.00 | $8.57 | $9,991.43 |

**For the period of 9/17/2010 to 8/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $10,000.00 |
| | |
| Total Compensable Disbursements: | $8.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.57 |
| Total Internal/Transfer Disbursements: | $10,000.00 |

**For the entire history of the case between 09/17/2010 to 8/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $10,000.00 |
| | |
| Total Compensable Disbursements: | $8.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.57 |
| Total Internal/Transfer Disbursements: | $10,000.00 |

Case 10-41824 Doc 39 Filed 08/20/13 Entered 08/20/13 10:04:42 Desc Main
Document      Page 7 of 10

Page No: 1     Exhibit C

CLAIM ANALYSIS REPORT

| Case No.: | 10-41824-PSH | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | WILCZEWSKI, HIPOLIT | | | Date: | 8/12/2013 |
| Claims Bar Date: | 11/14/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEE | GUS A. PALOIAN, TRUSTEE<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO 60603 | 08/08/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| Claim Notes: | FIRST AND FINAL TRUSTEE FEES | | | | | | | | | | | |
| ATTY | SEYFARTH SHAW LLP | 08/08/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $316.10 | $316.10 | $0.00 | $0.00 | $0.00 | $316.10 |
| Claim Notes: | FIRST AND FINAL EXPENSES | | | | | | | | | | | |
| ATTY | SEYFARTH SHAW LLP | 08/08/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $6,147.50 | $6,147.50 | $0.00 | $0.00 | $0.00 | $6,147.50 |
| Claim Notes: | FIRST AND FINAL FEES | | | | | | | | | | | |
| 1 | CAPITAL RECOVERY IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 09/01/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,158.37 | $1,158.37 | $0.00 | $0.00 | $0.00 | $1,158.37 |
| 2 | DOVER POINTE CONDO ASSOC.<br>c/o Fosco, Fullett Rosenlund<br>1156 Shure Drive #140<br>Arlington Heights IL 60004 | 12/22/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,097.00 | $1,097.00 | $0.00 | $0.00 | $0.00 | $1,097.00 |
| Claim Notes: | (2-1) Association Common Expenses | | | | | | | | | | | |
| | | | | | | | $10,468.97 | $10,468.97 | $0.00 | $0.00 | $0.00 | $10,468.97 |

**CLAIM ANALYSIS REPORT** Page No: 2 Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 10-41824-PSH | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | WILCZEWSKI, HIPOLIT | | **Date:** | 8/12/2013 |
| **Claims Bar Date:** | 11/14/2011 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $316.10 | $316.10 | $0.00 | $0.00 | $0.00 | $316.10 |
| Attorney for Trustee Fees (Trustee Firm) | $6,147.50 | $6,147.50 | $0.00 | $0.00 | $0.00 | $6,147.50 |
| General Unsecured 726(a)(2) | $2,255.37 | $2,255.37 | $0.00 | $0.00 | $0.00 | $2,255.37 |
| Trustee Compensation | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      10-41824-PSH
Case Name:     HIPOLIT WILCZEWSKI
Trustee Name:  Gus A. Paloian

Balance on hand:                $9,991.43

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:                      $9,991.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $6,147.50 | $0.00 | $6,147.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $316.10 | $0.00 | $316.10 |

Total to be paid for chapter 7 administrative expenses:   $8,213.60
Remaining balance:                                        $1,777.83

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:                                        $1,777.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:                    $1,777.83

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,255.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 78.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital Recovery IV LLC | $1,158.37 | $0.00 | $913.10 |
| 2 | Dover Pointe Condo Assoc. | $1,097.00 | $0.00 | $864.73 |

Total to be paid to timely general unsecured claims: $1,777.83
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**