**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-41824-PSH |
| | § | |
| HIPOLIT WILCZEWSKI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 9/24/2013, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: /s/ Gus A. Paloian
                                   (Trustee)

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-41824-PSH |
| | § | |
| HIPOLIT WILCZEWSKI | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $10,000.00
*and approved disbursements of* $8.57
*leaving a balance on hand of[1]:* $9,991.43

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $9,991.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $6,147.50 | $0.00 | $6,147.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $316.10 | $0.00 | $316.10 |

Total to be paid for chapter 7 administrative expenses: $8,213.60
Remaining balance: $1,777.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,777.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,777.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,255.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 78.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital Recovery IV LLC | $1,158.37 | $0.00 | $913.10 |
| 2 | Dover Pointe Condo Assoc. | $1,097.00 | $0.00 | $864.73 |

|  | Total to be paid to timely general unsecured claims: | $1,777.83 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

**UST Form 101-7-NFR (10/1/2010)**

full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Gus A. Paloian
                  Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-41824-PSH
Hipolit Wilczewski                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: mrahmoun           Page 1 of 2           Date Rcvd: Aug 21, 2013
                             Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2013.
```
db         +Hipolit Wilczewski,    208 N Louis,    Mount Prospect, IL 60056-2559
aty        +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
16151737   +Blatt, Hasenmiller, Leibsker, Moore,    125 S. Wacker Dr.,    Ste. 400,    Chicago, IL 60606-4440
16151738  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One,    Po Box 85520,    Richmond, VA 23285)
16151739   +CB Collections,    Po Box 164089,    Columbus, OH 43216-4089
16151740   +Citifinancial Retail Services,    Po Box 499,    Hanover, MD 21076-0499
16151741   +Dover Pointe Condominium Assoc.,    McKenzie Management,    2720 S River Rd Suite 214,
             Des Plaines, IL 60018-4109
16151742   +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
16151746  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court:   Hsbc/Best Buy,    Po Box 15519,    Wilmington, DE 19850)
16151745   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16151748   +McMahan & Sigunigk, Ltd.,    216 W. Jackson Blvd. Ste 450,    Chicago, IL 60606-6909
19932205    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
16151749    PNC Bank,    Checking account,    PO box 8403,    Royal Oak, MI 48068
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16151736   +E-mail/Text: ally@ebn.phinsolutions.com Aug 22 2013 01:03:05     Ally Financial,
             200 Renaissance Ctr,    Detroit, MI 48243-1300
17751447    E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2013 01:35:45     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16151744    E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2013 01:37:30     Home Depot,    PO Box 103072,
             Roswell, GA 30076
19932206    E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2013 01:39:44
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                             TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16151743      Eugeniusz Lubasz
16151747      Idea Furniture
16151750      TV Polonia
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2              Date Rcvd: Aug 21, 2013
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:
     Christopher J Harney    on behalf of Trustee Gus A Paloian charney@seyfarth.com,
      ctholen@seyfarth.com;chidocket@seyfarth.com
     Gus A Paloian    gpaloian@seyfarth.com,
      gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
     Michael J Worwag    on behalf of Debtor Hipolit  Wilczewski mjworwag@gmail.com
     Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                        TOTAL: 4