**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-41824-PSH
§
HIPOLIT WILCZEWSKI §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $265,600.00 | Assets Exempt: | $21,600.00 |
| Total Distributions to Claimants: | $1,777.83 | Claims Discharged Without Payment: | $34,276.54 |
| Total Expenses of Administration: | $8,222.17 | | |

3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $344,882.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $8,222.17 | $8,222.17 | $8,222.17 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $39,257.00 | $2,255.37 | $2,255.37 | $1,777.83 |
| **Total Disbursements** | $384,139.00 | $10,477.54 | $10,477.54 | $10,000.00 |

4). This case was originally filed under chapter 7 on 09/17/2010. The case was pending for 40 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/15/2014</u>     By: <u>/s/ Gus A. Paloian</u>
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT FUNDS | 1249-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | 4110-000 | $6,625.00 | $0.00 | $0.00 | $0.00 |
| | Emc Mortgage | 4110-000 | $338,257.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $344,882.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $8.57 | $8.57 | $8.57 |
| East West Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| PAYMENT OF SEYFARTH FEES, PURSUANT TO COURT ORDER DATED 9/24/13, Attorney for Trustee | 3110-000 | NA | $6,147.50 | $6,147.50 | $6,147.50 |
| PAYMENT OF SEYFARTH EXPENSES, PURSUANT TO COURT ORDER DATED 9/24/13, Attorney for Trustee | 3120-000 | NA | $316.10 | $316.10 | $316.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,222.17 | $8,222.17 | $8,222.17 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery IV LLC | 7100-000 | $1,158.00 | $1,158.37 | $1,158.37 | $913.10 |
| 2 | Dover Pointe Condo Assoc. | 7100-000 | $4,300.00 | $1,097.00 | $1,097.00 | $864.73 |
|  | Blatt, Hasenmiller, Leibsker, Moore | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One | 7100-000 | $5,125.00 | $0.00 | $0.00 | $0.00 |
|  | CB Collections | 7100-000 | $107.00 | $0.00 | $0.00 | $0.00 |
|  | Citifinancial Retail Services | 7100-000 | $666.00 | $0.00 | $0.00 | $0.00 |
|  | Eugeniusz Lubasz | 7100-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
|  | Home Depot | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
|  | Hsbc Bank | 7100-000 | $3,051.00 | $0.00 | $0.00 | $0.00 |
|  | Hsbc/Best Buy | 7100-000 | $1,505.00 | $0.00 | $0.00 | $0.00 |
|  | Idea Furniture | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | McMahan & Sigunigk, Ltd. | 7100-000 | $11,745.00 | $0.00 | $0.00 | $0.00 |
|  | PNC Bank | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
|  | TV Polonia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $39,257.00 | $2,255.37 | $2,255.37 | $1,777.83 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1          Exhibit 8

| Case No.: | 10-41824-PSH | Trustee Name: | Gus A. Paloian |
| Case Name: | WILCZEWSKI, HIPOLIT | Date Filed (f) or Converted (c): | 09/17/2010 (f) |
| For the Period Ending: | 4/15/2014 | §341(a) Meeting Date: | 11/19/2010 |
| | | Claims Bar Date: | 11/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | SETTLEMENT FUNDS (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| Asset Notes: | FROM JP MORGAN CHASE, PURSUANT TO COURT ORDER DATED 12/13/11 | | | | | |
| 2 | Real Estate Located at 208 N. Louis, Mount Prospect, IL 60056 | $275,000.00 | $0.00 | | $0.00 | FA |
| 3 | Miscellaneous Household Goods and Used Furniture | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | Used books, compact discs family pictures | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Used Personal Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6 | 100% Shareholder of HW Construction, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 7 | 2006 Chevy Van 1500 | $8,000.00 | $0.00 | | $0.00 | FA |
| 8 | Used Tools | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                          **Gross Value of Remaining Assets**

$286,700.00          $10,000.00                              $10,000.00                $0.00

**Major Activities affecting case closing:**

Trustee re-opened the case, per Court Order on 8/9/11, in order to administer an asset. The Trustee settled with JP Morgan, funds have been deposited into the account and the case is in the process of being closed. The Final Report is expected to be submitted to the U.S. Trustee's Office by August 31, 2013.

| **Initial Projected Date Of Final Report (TFR):** | 05/31/2012 | **Current Projected Date Of Final Report (TFR):** | 08/31/2013 | /s/ GUS A. PALOIAN |
| | | | | GUS A. PALOIAN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-41824-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WILCZEWSKI, HIPOLIT | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | | Checking Acct #: | ******1849 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Associated Checking Account |
| For Period Beginning: | 9/17/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2012 | (1) | JP MORGAN CHASE | SETTLEMENT WITH JP MORGAN CHASE, PURSUANT TO COURT ORDER DATED 12/13/11 | 1249-000 | $10,000.00 | | $10,000.00 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $10,000.00 | $0.00 |
| | | | **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $10,000.00 | |
| | | | Subtotal | | $10,000.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,000.00 | $0.00 | |

| For the period of 9/17/2010 to 4/15/2014 | | For the entire history of the account between 01/01/1900 to 4/15/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,000.00 | Total Internal/Transfer Disbursements: | $10,000.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-41824-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WILCZEWSKI, HIPOLIT | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | | Checking Acct #: | ******0099 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/17/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $10,000.00 | | $10,000.00 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $8.57 | $9,991.43 |
| 08/17/2012 | | East West Bank | Bank Service Fee | 2600-000 | | $70.18 | $9,921.25 |
| 09/10/2012 | | East West Bank | Reverse Bank Service Fee | 2600-000 | | ($70.18) | $9,991.43 |
| 09/26/2013 | 5002 | SEYFARTH SHAW LLP | PAYMENT OF SEYFARTH FEES AND EXPENSES, PURSUANT TO COURT ORDER DATED 9/24/13 | * | | $6,463.60 | $3,527.83 |
| | | | PAYMENT OF SEYFARTH FEES, PURSUANT TO COURT ORDER DATED 9/24/13    $(6,147.50) | 3110-000 | | | $3,527.83 |
| | | | PAYMENT OF SEYFARTH EXPENSES, PURSUANT TO COURT ORDER DATED 9/24/13    $(316.10) | 3120-000 | | | $3,527.83 |
| 11/04/2013 | 5003 | GUS A. PALOIAN, TRUSTEE | Trustee Compensation | 2100-000 | | $1,750.00 | $1,777.83 |
| 11/04/2013 | 5004 | Capital Recovery IV LLC | Claim #: 1; Distribution Dividend: 78.83; | 7100-000 | | $913.10 | $864.73 |
| 11/04/2013 | 5005 | Dover Pointe Condo Assoc. | Claim #: 2; Distribution Dividend: 78.83; | 7100-000 | | $864.73 | $0.00 |
| 11/19/2013 | 5005 | VOID: Dover Pointe Condo Assoc. | | 7100-003 | | ($864.73) | $864.73 |
| 11/19/2013 | 5006 | Dover Pointe Condo Assoc. | Claim #: 2; Distribution Dividend: 78.83; | 7100-000 | | $864.73 | $0.00 |

| | | | | **SUBTOTALS** | $10,000.00 | $10,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-41824-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WILCZEWSKI, HIPOLIT | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | | Checking Acct #: | ******0099 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/17/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $10,000.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $10,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $10,000.00 | |

| For the period of 9/17/2010 to 4/15/2014 | | For the entire history of the account between 02/22/2012 to 4/15/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10,000.00 | Total Internal/Transfer Receipts: | $10,000.00 |
| | | | |
| Total Compensable Disbursements: | $10,000.00 | Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 | Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-41824-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WILCZEWSKI, HIPOLIT | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | | Checking Acct #: | ******0099 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/17/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $10,000.00 | $10,000.00 | $0.00 |

**For the period of 9/17/2010 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $10,000.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $10,000.00 |

**For the entire history of the case between 09/17/2010 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $10,000.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $10,000.00 |